## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAWN M. KENNEDY,** *individually and on behalf of all others similarly situated,* | : | |
| | : | **CIVIL ACTION** |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | **No. 21-1170** |
| | : | |
| **TRUE ACCORD CORP. and LVNV FUNDING LLC,** *et al.* | : | |
| | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW, TO WIT:** This 21st day of April, 2021, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.  The Clerk of Court is directed to mark this case closed.

**KATE BARKMAN**
**Clerk of Court**

**BY:**

*/s/ Sharon Lippi*
**Sharon Lippi, Civil Deputy Clerk**
**To Hon. Mitchell S. Goldberg**